# EXHIBIT B

# US9092428 Claim chart
# vs
# CarParts

# U.S. Patent No. US9092428

Inventor: Guangsheng Zhang

Current Assignee: LINFO IP LLC

Worldwide applications

2014 US

Application US14/225,422 events

2013-03-25 Priority to US201361805141P

2013-04-09 Priority to US201361809893P

2014-03-25 Application filed by Guangsheng Zhang

2014-03-25 Priority to US14/225,422

2016-08-30 Application granted

2016-08-30 Publication of US9430131B1

2021-08-09 Assigned to LINFO IP LLC

2021-09-09 First worldwide family litigation filed

Status Active

2034-10-31 Adjusted expiration

# Related Products

- The following chart is based on CarParts's web site.



https://www.carparts.com/fog-light?&itemperpage=45

3

# US 9092428: Claims 1

1. A computer-assisted method for discovering information in a text content and extracting and presenting the information, comprising:

 obtaining, by a computer system, a text content comprising one or more words or phrases or sentences, each being a term or an instance of a term;

selecting a first semantic attribute and a second semantic attribute for users to select from, wherein the first semantic attribute or the second semantic attribute includes an attribute type or attribute value;

wherein the first semantic attribute is associated with a first name or description, and the second semantic attribute is associated with a second name or description;

identifying a words or phrases in the text content associated with the first semantic attribute or the second semantic attribute;

displaying an actionable user interface object, wherein the actionable user interface object is associated with a label representing the first name or description or the second name or description;

allowing the user to select the first name or description or the second name or description as a user-specified or user-desired attribute;

and performing, by the computer system, an action on the word or phrase associated with the user-specified or user-desired semantic attribute, wherein the action includes at least extracting, displaying, storing, showing or hiding, or highlighting or un-highlighting the word or phrase.

# US9092428: Claim 1

| 1. A computer-assisted method for discovering information in a text content and extracting and presenting the information, comprising: | For Example: On information and belief, CarParts's web site has an **interactive product review section** that allows customers to **filter reviews**. The reviews are stored on a computer system and the search function allows the user to input text which the computer discovers from all the saved reviews and then presents the information to the customer. |
|---|---|



# US9092428: Claim 1

**obtaining, by a computer system, a text content comprising one or more words or phrases or sentences, each being a term or an instance of a term;**

For Example: **The customer inputs "Great fit" in the review search section. CarParts's computer system will receive these terms "Great fit".**



# US9092428: Claim 1

**selecting a first semantic attribute and a second semantic attribute for users to select from, wherein the first semantic attribute or the second semantic attribute includes an attribute type or attribute value;**

For Example: **the customer can select** a **first semantic attribute 5\* and a second semantic attribute 1\*. The first semantic attribute has an attribute type (5 stars) or an attribute value (93).**



# US9092428: Claim 1

| | |
|---|---|
| **wherein the first semantic attribute is associated with a first name or description**, and the second semantic attribute is associated with a second name or description; | For Example: the **first semantic attribute (5 stars) is associated with a 5-star rated description "Great fit."** |



# US9092428: Claim 1

wherein the first semantic attribute is associated with a first name or description, and the second semantic attribute is associated with a second name or description;

For Example: the **second semantic attribute (1*)  is associated with a 1-star rated description "broken…"**





Fog lights was broken and I have the truck sold don't have time to wait 6 or 8 days more I just take the lost that bad experience one more with car parts .com

Abdallah D   **VERIFIED PURCHASER**

**About**
**Front, Passenger Side Fog Light, With Bulb(S), Halogen, With Mounting Bracket**

Nov 19, 2020


**Broken fog lights**

**Response from Staff**
Hi Adballah,

We thank you for your feedback. Rest assured that we will relay your feedback to our Warehouse and Shipping Department to make sure that the parts are thoroughly checked before it's shipped out from the warehouse. And as what we have discussed over the phone, a rebate will be processed, and we will refund the amount back to the same payment method used for the order. And if you have questions, concerns, or if you need further assistance, please feel free to connect with us, and we'd be glad to assist.

Renabesh M. Nov 19, 2020

Was this helpful?   ♡ 0   △ 0

**About**
**Front, Driver Side Fog Light, With Bulb(S), Halogen, With Mounting Bracket**

The fog lights was broken don't have time to sand it and wait anther 6 days I have to sell the truck

Abdallah D   **VERIFIED PURCHASER**

Nov 19, 2020



**Response from Staff**
Hi Abdallah,


**https://www.carparts.com/fog-light/replacement/arbt107503**

# US9092428: Claim 1

identifying a words or phrases in the text content associated with the first semantic attribute or the second semantic attribute;

For Example: **"Great fit" is a word/s that can be identified within the first semantic attribute.**



# US9092428: Claim 1

displaying an actionable user interface object, wherein the actionable user interface object is associated with a label representing the first name or description or the second name or description;

For Example: **an actionable user interface object is displayed and is associated with a label (Great fit) representing the first description (5* description, "Great fit").**



# US9092428: Claim 1

**allowing the user to select the first name or description** or the second name or description as a user-specified or user-desired attribute;

For Example: **the user can select 5-star (first description) as a user specified attribute**.



# US9092428: Claim 1

**and performing, by the computer system, an action on the word or phrase associated with the user-specified or user-desired semantic attribute, wherein the action includes at least extracting, displaying,** storing, showing or hiding, or highlighting or un-highlighting the word or phrase.

For Example: **when the customer types "Great fit" in the search window, the computer displays all of the reviews with "Great fit " in the descriptions of the 5* reviews.**



**Customer Reviews**

**487 Ratings**

**4.8** out of 5 stars
★★★★★

**WRITE A REVIEW**

487 Ratings

| ★ 5 | 93% |
| ★ 4 | 2% |
| ★ 3 | 1% |
| ★ 2 | 0% |
| ★ 1 | 2% |

How likely are you to recommend CarParts.com to a friend

10 (337), 9 (19), 8 (16), 7 (9), 6 (1), 5 (3), 2 (1), 1 (4)

**1-10 of 317 Reviews**

SORT
Most Recent

Q great fit ✕

Star Ratings    Reviewer

[https://www.carparts.com/fog-light/replacement/arbt107503](https://www.carparts.com/fog-light/replacement/arbt107503)

May 21, 2020
★★★★★
**Satisfied customer**

Fits perfectly, works great!

Kristoffer D  VERIFIED PURCHASER

Was this helpful?  ♡ 0   △ 0

About
**Front, Passenger Side Fog Light, With Bulb(S), Halogen**

Mar 22, 2022
★★★★★
**My #1carparts company from now on**

Great product, great price, right fit great service.

Timothy W  VERIFIED PURCHASER

Location:        Car Year, Make and Model:
Rome, Ga., GE    2004 Ford f150

13